IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEDSTAR HEALTH, INC.,** **MEDSTAR-GEORGETOWN MEDICAL CENTER, INC., WASHINGTON HOSPITAL CENTER CORPORATION, NATIONAL REHABILITATION HOSPITAL, INC.** on behalf of themselves and all others similarly situated in the United States or alternatively on behalf of themselves and all others similarly situated in the District of Columbia, <br><br> Plaintiffs, <br><br> v. <br><br> **BECTON DICKINSON & COMPANY** <br><br> Defendant. | Civil Action No. 06- <br><br><br> JURY TRIAL DEMANDED |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for MedStar Health, Inc., MedStar-Georgetown Medical Center, Inc., Washington Hospital Center Corporation, National Rehabilitation Hospital, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MedStar Health, Inc., MedStar-Georgetown Medical Center, Inc., Washington Hospital Center Corporation and National Rehabilitation Hospital, Inc. which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*Richard L. Wyatt*
Richard L. Wyatt, Jr. (D.C. Bar No. 424775)
Perry M. Rosen (D.C. Bar No. 374087)
Todd M. Stenerson (D.C. Bar No. 462110)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
rwyatt@akingump.com
prosen@akingump.com
tstenerson@akingump.com

AND

R. Laurence Macon
AKIN GUMP STRAUSS HAUER & FELD, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205-3732
Telephone: (210) 281-7000
Facsimile: (210) 224-2035
lmacon@akingump.com

May 18, 2006