AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MEDSTAR HEALTH, INC., MEDSTAR-GEORGETOWN MEDICAL CENTER, INC., WASHINGTON HOSPITAL CENTER CORPORATION, NATIONAL REHABILITATION HOSPITAL, INC. on behalf of themselves and all others similarly situated in the United States or alternatively on behalf of itself and all others similarly situated in the District of Columbia,

V.

BECTON DICKINSON & COMPANY, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUI

CASE NUMBER   1:06CV00941

JUDGE: Royce C. Lamberth

DECK TYPE: Antitrust

DATE STAMP: 05/18/2006

TO: (Name and address of Defendant)

BECTON DICKINSON & COMPANY, INC.
1 BECTON DRIVE
FRANKLIN LAKES, NJ 07417

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD L. WYATT, JR.
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 NEW HAMPSHIRE AVE. NW
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 18 2006

CLERK                                          DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 06-06-06 @ 1:18 pm |
| NAME OF SERVER *(PRINT)* Larry Van Sertima | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    XG  Other (specify):  by serving, Linda Kiernan, authorized to accept, located at: Becton Dickinson & Company, Inc., 1 Becton Drive, Franklin Lakes, NJ 07417

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06-06-06       *Larry Van Sertima*
           Date                        Signature of Server

                            CAPITOL PROCESS SERVICES
                            1827 18TH STREET, N.W.
                            WASHINGTON, D.C. 20009
               Address of Server    (202) 667-0050

\*  Notice of Right to Consent to Trial Before United States Magistrate Judge, Class Action Complaint, Certificate Rule LCvR 7.1, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, Intial Electronic Case Filing Order and Electronic Case Files

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.