**William T. Walsh**
Clerk

**UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101-0419**

(973) 645-4555

**CAMDEN OFFICE**
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

**TRENTON OFFICE**
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

Nancy Mayer-Whittington, Clerk
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Date: July 20, 2006

Re: MDL -1730 – In re Hypodermic Products Antitrust Litigation
U.S. District Court for the District of Columbia C.A. No. 1:06-941 RCL

Medstar Health, Inc., et al.
    vs.
Becton Dickinson & Co.

<u>District of New Jersey Civil Action No. 2:06-3258 (JLL)</u>

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable Jose L. Linares, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting your file and certified copy of the docket sheet.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *[signature]*

John Icklan, Deputy Clerk

Enc.

cc: Hon. Michael J. Beck
    Clerk, Judicial Panel on Multidistrict Litigation

**RECEIVED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A CERTIFIED TRUE COPY

JUL 11 2006

ATTEST: /s/
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By ...John Icklan...
    DOCKET NO. 1730

Civ 06-3258 (JLL)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 3 2006

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE HYPODERMIC PRODUCTS ANTITRUST LITIGATION

*Medstar Health, Inc., et al. v. Becton Dickinson & Co.*, D. District of Columbia, C.A. No. 1:06-941

### CONDITIONAL TRANSFER ORDER (CTO-2)

On December 19, 2005, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Jose L. Linares.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Linares.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of December 19, 2005, 408 F.Supp.2d 1356 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Jose L. Linares.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

**RECEIVED**

JUL 17 2006
AT 8:30 ............ M
WILLIAM T. WALSH, CLERK

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 11 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

/s/ Jeffery N. Lüthi
Jeffery N. Lüthi
Clerk of the Panel